NATIONAL PARK BANK of New York, Respondent, *v.* THE
ELDRED BANK, Appellant.

*National Park Bank* v. *Eldred Bank,* 90 Hun, 285, affirmed.
(Argued December 1, 1897; decided December 17, 1897.)

APPEAL from a judgment of the General Term of the
Supreme Court in the first judicial department, entered
December 16, 1895, upon an order which overruled defend-
ant's exceptions, ordered to be heard in the first instance at
General Term, and ordered judgment in favor of plaintiff
upon a verdict directed by the court on trial at Circuit.

*Herman Aaron* for appellant.

*Robert D. Murray* for respondent.

Judgment and order affirmed, with costs, on opinion below.
All concur.

———————

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
PETER GARRAHAN, Appellant.

*People* v. *Garrahan,* 19 App. Div. 347, affirmed.
(Argued December 1, 1897; decided December 17, 1897.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered July
2, 1897, which affirmed a judgment of the Court of General
Sessions of the city and county of New York entered upon a
verdict convicting the defendant of the crime of grand lar-
ceny in the second degree.

*John Sherwin Crosby* and *Abraham Gruber* for appellant.

*John D. Lindsay* for respondent.

Judgment affirmed on opinion below.
All concur.